CHRISTOPHER J. BOWES, ESQ.
54 Cobblestone Drive
Shoreham, NY 11786
Tel. (212) 979-7575
Fax (631) 929-1700
cjbowes@gmail.com

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/2020

November 9, 2020

Via ECF
Hon Barbara C. Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   Segarra v. Saul
      20 Civ. 0557 (LTS)(BCM)

Dear Judge Moses:

    I am writing to request an extension of time in which to file plaintiff's Motion for Judgment on the Pleadings in this case. Plaintiff's papers are due to be filed today. This is plaintiff's first request for an extension of time.

    Due to significant workload demands and unexpected family issues, I am behind schedule in completing Mr. Segarra's papers. I am sorry to the Court and opposing counsel for this last-minute request. With the kind consent of opposing counsel, Amanda Parsels, Esq., I respectfully request that the Court approve the following revised schedule:

| | |
|---|---|
| November 13, 2020 | Plaintiff's Motion for Judgment on the Pleadings |
| January 12, 2020 | Defendant's Motion for Judgment on the Pleadings |
| February 2, 2020 | Plaintiff's Reply |

    Thank you for Your Honor's attention to this matter.

Very truly yours,

*/s/ Christopher J. Bowes*
Christopher J. Bowes, Esq

cc:   AUSA Amanda Parsels

---

Application GRANTED. SO ORDERED.

_____
Barbara Moses, U.S.M.J.
November 10, 2020