





U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

January 19, 2021

**By ECF**

Hon. Barbara C. Moses
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

   Re:   *Segarra v. Comm'r of Soc. Sec.*, No. 20 Civ. 557 (LTS) (BCM)

Dear Judge Moses:

   This Office represents the Commissioner of Social Security (the "Commissioner"), the defendant in the above-referenced action brought pursuant to 42 U.S.C. § 405(g), in which the plaintiff appeals the Commissioner's decision to deny his application for Social Security disability benefits.

   I respectfully write to request, with the plaintiff's consent, a two-week extension of time for the Commissioner to file a cross-motion for judgment on the pleadings and response to Plaintiff's motion for judgment on the pleadings, from January 19, 2021, to February 2, 2021. The extension is needed due to the press of business from a number of other motions in Social Security cases due close in time to the motion deadline in this case.

   The plaintiff consents to this request for an extension, and this is the Commissioner's first request for an extension to file his cross-motion for judgment on the pleadings.

   I thank the Court for its consideration of this request.

Respectfully,

AUDREY STRAUSS
United States Attorney

BY:  /s/ Amanda F. Parsels
     AMANDA F. PARSELS
     Assistant United States Attorney
     Tel.: (212) 637-2780
     Cell: (646) 596-1952
     Email: amanda.parsels@usdoj.gov

Application GRANTED. SO ORDERED.

*[signature]*

Barbara Moses, U.S.M.J.
January 20, 2021

cc:   Christopher Bowes, Esq. (by ECF)
      *Attorney for Plaintiff*