UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

LUIS SEGARRA,

       Plaintiff,

  -v-                                           No.  20 CV 557-LTS-BCM

COMISSIONER OF SOCIAL SECURITY,

       Defendant.

--------------------------------------------------------x

### ORDER ADOPTING REPORT & RECOMMENDATION

        The Court has reviewed Magistrate Judge Moses' September 14, 2021, Report and Recommendation (the "Report") (docket entry no. 26) which recommends that the Court deny Plaintiff's motion for judgment on the pleadings (docket entry no. 19); grant the Commissioner's motion for judgment on the pleadings (docket entry no. 23); and dismiss the case.  No objections to the Report have been received.

        In reviewing a report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate [judge]."  28 U.S.C.A. § 636(b)(1)(C) (LexisNexis 2017).  "In a case such as this one, where no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record."  Johnson v. New York Univ. School of Educ., No. 00 Civ. 8117, at *1, 2003 WL 21433443 (S.D.N.Y. June 16, 2003) (internal quotation and citation omitted).

        The Court has reviewed carefully Magistrate Judge Moses' thorough and well-reasoned Report and Recommendation and finds no clear error.  The Court therefore adopts the Report in its entirety for the reasons stated therein.  Accordingly, Plaintiff's motion is denied; the

Commissioner's motion is granted; and the case is dismissed.  This Order resolves docket entry nos. 19, 23, and 26.  The Clerk of Court is requested to enter judgment accordingly.

SO ORDERED.

Dated: New York, New York
September 30, 2021

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge