**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

LUIS SEGARRA,

                Plaintiff,                          20 **CIVIL** 557 (LTS)(BCM)

      -against-                                 **JUDGMENT**

COMISSIONER OF SOCIAL SECURITY,

                Defendant.

------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 30, 2021, the Court has reviewed carefully Magistrate Judge Moses' thorough and well-reasoned Report and Recommendation and finds no clear error. The Report is adopted in its entirety for the reasons stated therein. Accordingly, Plaintiff's motion is denied; the Commissioner's motion is granted; and the case is dismissed.

**Dated:**  New York, New York
          September 30, 2021

                                                **RUBY J. KRAJICK**

                                                **Clerk of Court**
                       **BY:**     *K. Mango*
                                                   **Deputy Clerk**